AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Joe Hand Promotions, Inc.

Plaintiffs,

v.

9th Island Kava Lounge LLC et al

Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:24-cv-00241-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Plaintiff Joe Hand Promotions and against Defendants 9th Island Kava Lounge,LLC, Starrie Hawkins, and Jaoime Alboro, joint and several, in the amount of $20,740.00.

12/09/2024
Date

DEBRA K. KEMPI
Clerk

/s/ MAM
Deputy Clerk